UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KONSTANTINOS RODITIS,

                Plaintiff,

**ORDER**

-against-

01 CV 2302 (RJD) (CLP)

JO ANNE B. BARNHART, Commissioner of
Social Security,

                Defendant.
-----------------------------------------------------------X
DEARIE, District Judge.

On May 4, 2006, Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that plaintiff's counsel be awarded $4,947.51 in fees pursuant to Section 204, Subsection 2412(b) of the Equal Access to Justice Act, 28 U.S.C. § 2412. The Court has reviewed the Report and Recommendation, and no objections have been filed. The Court adopts Magistrate Judge Pollak's Report and Recommendation without qualification.

SO ORDERED.

Dated: Brooklyn, New York
       June 7, 2006

                                          s/ Judge Raymond J. Dearie

                                          RAYMOND J. DEARIE
                                          United States District Judge